**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

KEVIN T. SMITH,

    Plaintiff,

v.                                      Case No: 2:13-cv-264-FtM-38UAM

HAYES MEDICAL TRANSPORT,
INC. and DWAIN HAYES,

    Defendants.
_____/

**ORDER**

This matter comes before the Court on the Plaintiff, Kevin T. Smith and Hayes Medical Transport, Inc. and Dwain Hayes' Joint Notice of Settlement (Doc. #18) filed on June 19, 2013. This Court has now been advised by counsel that the above action has been settled.

Accordingly, it is now

**ORDERED:**

That this cause is **DISMISSED** without prejudice subject to the right of any party, within thirty (30) days from the date of this Order, **July 24, 2013**, to submit a stipulated form of final judgment or to reopen the action upon a showing of good cause. *See*, Local Rule 3.08(b).

1. All pending motions are hereby denied as moot.

2. The Clerk of the Court is directed to administratively close the case. After the thirty day (30) period, without further order, this dismissal shall be deemed *with prejudice*.

**DONE** and **ORDERED** in Fort Myers, Florida this 24th day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record